1  Jie (Lisa) Li (State Bar No. 260474)
   WILMER CUTLER PICKERING
2  HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5  Lisa.Li@wilmerhale.com

6
   Michael Bongiorno (Admitted *Pro Hac Vice*)
7  Timothy Perla (Admitted *Pro Hac Vice*)
   WILMER CUTLER PICKERING
8  HALE AND DORR LLP
   60 State Street
9  Boston, MA 02109
   Telephone: (617) 526-6000
10 Facsimile: (617) 526-5000
   Michael.Bongiorno@wilmerhale.com
11 Timothy.Perla@wilmerhale.com

12
   *Attorneys for TerraForm Global, Inc. and Peter Blackmore*
13
   Additional Counsel Listed on Signature Page
14
## UNITED STATES DISTRICT COURT
15
## NORTHERN DISTRICT OF CALIFORNIA
16
### SAN JOSE DIVISION
17

18 | OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, | Related Case No. 5:16-cv-02267-BLF |
19 | Plaintiff, | **STIPULATION AND [PROPOSED] SCHEDULING ORDER** |
20 | vs. | |
21 | | Judge:  Hon. Beth Labson Freeman |
22 | SUNEDISON, INC., et al., Defendants. | |

23 | ANTON S. BADRI, *Individually and on Behalf of Others Similarly Situated*, | Related Case No. 5:16-cv-02269-BLF |
24 | Plaintiff, | |
25 | vs. | |
26 | TERRAFORM GLOBAL, INC., *et al*., | |
27 | Defendants. | |

28

| | |
|---|---|
| IRON WORKERS MID-SOUTH PENSION FUND, *Individually and on Behalf of Others Similarly Situated*, Plaintiff, vs. TERRAFORM GLOBAL, INC., *et al.*, Defendants. | Related Case No. 5:16-cv-02270-BLF |
| MITESH PATEL, *Individually and on Behalf of Others Similarly Situated*, Plaintiff, vs. TERRAFORM GLOBAL, INC., *et al.*, Defendants. | Related Case No. 5:16-cv-02272-BLF |
| SIMON FRASER, *Individually and on Behalf of Others Similarly Situated*, Plaintiff, vs. TERRAFORM GLOBAL, INC., *et al.*, Defendants. | Related Case No. 5:16-cv-02273-BLF-PSG |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1    Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, by and through their

2   respective undersigned counsel of record, submit the following stipulation and proposed order:

3    WHEREAS, October 23, 2015, the action captioned *Fraser v. Wuebbels et al.*

4   ("*Fraser*") was filed in Superior Court of California, San Mateo County;

5    WHEREAS, on December 3, 2015, the action captioned *Iron Workers Mid-South*

6   *Pension Fund v. TerraForm Global, Inc. et al.* ("*Iron Workers*") was filed in the Superior

7   Court of California, San Mateo County;

8    WHEREAS, on December 9, 2015, the action captioned *Badri v. TerraForm Global,*

9   *Inc. et al.* ("*Badri*") was filed in the Superior Court of California, San Mateo County;

10    WHEREAS, on January 4, 2016, the action captioned *Patel v. TerraForm Global, Inc.*

11   *et al.* ("*Patel*") was filed in the Superior Court of California, San Mateo County;

12    WHEREAS, on March 29, 2016, the action captioned *Oklahoma Firefighters Pension*

13   *and Retirement System v. SunEdison, Inc. et al.* ("*Oklahoma Firefighters*") was filed in the

14   Superior Court of California, San Mateo County;

15    WHEREAS, on April 26, 2016, Defendants removed *Fraser*, *Iron Workers*, *Badri*,

16   *Patel*, and *Oklahoma Firefighters* to federal court;

17    WHEREAS, on May 26, 2016, Plaintiffs moved to remand *Fraser*, *Badri*, and

18   *Oklahoma Firefighters* to state court [*Fraser* Dkt. 23; *Badri* Dkt. 30; *Oklahoma Firefighters*

19   Dkt. 39-40];

20    WHEREAS, on May 27, 2016, Plaintiffs moved to remand *Iron Workers* and *Patel* to

21   state court [*Iron Workers* Dkt. 25-26, *Patel* Dkt. 27];

22    WHEREAS, on June 1, 2016, Defendants moved to transfer *Fraser*, *Iron Workers*,

23   *Badri*, *Patel*, and *Oklahoma Firefighters* to the Southern District of New York [*Fraser* Dkt.

24   24-25; *Iron Workers* Dkt. 27-28; *Badri* Dkt. 31-32; *Patel* Dkt. 28-29; *Oklahoma Firefighters*

25   Dkt. 41, 43];

26    WHEREAS, Plaintiffs' motions to remand and Defendants' motions to transfer are

27   scheduled to be heard on October 6, 2016;

28

1    WHEREAS, Plaintiffs Fraser, Iron Workers, Badri and Patel are considering whether to

2  request and move for the advancement of the October 6, 2016 hearing date for the pending

3  motions for remand and to transfer;

4    WHEREAS, pursuant to N.D. Cal. Civ. L.R. 7-3, Defendants' responses to the motions

5  to remand in *Fraser*, *Badri*, and *Oklahoma Firefighters* are due by June 9, 2016, and Plaintiffs'

6  replies are due by June 16, 2016;

7    WHEREAS, pursuant to N.D. Cal. Civ. L.R. 7-3, Defendants' responses to the motions

8  to remand in *Iron Workers* and *Patel* are due by June 10, 2016, and Plaintiffs' replies are due

9  by June 17, 2016;

10    WHEREAS, pursuant to N.D. Cal. Civ. L.R. 7-3, Plaintiffs' responses to the motions to

11  transfer are due by June 15, 2016, and Defendants' replies are due by June 22, 2016;

12    WHEREAS, due to the complexity of the issues raised in these multiple pending

13  motions in multiple related cases, the parties will require additional time to fully address all

14  issues, and do so in an organized and coordinated fashion;

15    WHEREAS, the parties are presently meeting and conferring over the necessary

16  extension but have not yet agreed to the briefing schedule, and over seeking to advance the

17  October 6, 2016 hearing date for the motions for remand and to transfer;

18    WHEREAS, to permit time for the meet and confer to be completed, and in light of the

19  upcoming deadline for the parties' responses to the motions to remand and transfer, the parties

20  have agreed to an interim extension, as set forth below, which provides: (1) Defendants have

21  until and including June 16, 2016 to file their responses to the motions to remand; (2) Plaintiffs

22  have until and including June 22, 2016 to file their responses to the motions to transfer; (3)

23  Plaintiffs have until and including June 23, 2016 to file any reply in support of their motions to

24  remand; and (4) Defendants have until June 29, 2016 to file any reply in support of their

25  motions to transfer.

26    WHEREAS, the parties intend to submit a further motion on or before June 16, 2016

27  establishing an agreed briefing schedule for the motions to remand and transfer, and for

28

1  requesting an advancement of the October 6, 2016 hearing date;

2  WHEREAS, the agreed schedule will not delay any scheduled hearings;

3  WHEREAS, by stipulation of the parties, Defendants are not required to plead or

4  otherwise respond to the Complaint in *Fraser*, *Iron Workers*, *Patel*, or *Badri* until after

5  consolidation [*Badri v. TerraForm Global, Inc. et al*., 15-cv-06323-BLF, Dkt. 15];

6  WHEREAS, the Court has previously granted Defendants' Administrative Motion to

7  Extend Time to Respond to the Complaint in *Oklahoma Firefighters* until after the motion to

8  remand and the motion to transfer venue are decided [*Oklahoma Firefighters* Dkt. 34];

9  WHEREAS, no other extensions of time have been granted in these actions;

10  NOW THEREFORE, the parties hereby agree and stipulate to the following interim

11  deadlines:

12      1. Defendants' oppositions to Plaintiffs' motions to remand in *Fraser*, *Iron*

13         *Workers*, *Badri*, *Patel*, and *Oklahoma Firefighters* shall be filed on or before

14         June 16, 2016;

15      2. Plaintiffs' oppositions to Defendants' motions to transfer in *Fraser*, *Iron*

16         *Workers*, *Badri*, *Patel*, and *Oklahoma Firefighters* shall be filed on or before

17         June 22, 2016;

18      3. Plaintiffs' replies in support of their motions to remand in *Fraser*, *Iron Workers*,

19         *Badri*, *Patel*, and *Oklahoma Firefighters* shall be filed on or before June 23,

20         2016;

21      4. Defendants' replies in support of their motions to transfer in *Fraser*, *Iron*

22         *Workers*, *Badri*, *Patel*, and *Oklahoma Firefighters* shall be filed on or before

23         June 29, 2016;

24      5. Notwithstanding the foregoing, on or before June 16, 2016, the parties may file

25         their further motion for an extension of the briefing deadlines on the motions to

26         remand.

27

28

1    Dated:  June 7, 2016                    Respectfully Submitted,

2

3                                            By:    */s/ Ji (Lisa) Li*
                                                    Jie (Lisa) Li, SBN 260474
4                                                   WILMER CUTLER PICKERING
                                                    HALE AND DORR LLP
5                                                   950 Page Mill Road
                                                    Palo Alto, California 94304
6                                                   Telephone: (650) 858-6000
                                                    Facsimile (650) 858-6100
7                                                   Lisa.Li@wilmerhale.com

8
                                                    Michael Bongiorno (admitted *pro hac vice*)
9                                                   Timothy Perla (admitted *pro hac vice*)
                                                    WILMER CUTLER PICKERING
10                                                  HALE AND DORR LLP
                                                    60 State Street
11                                                  Boston, Massachusetts 02109
                                                    Telephone: (617) 526-6000
12                                                  Facsimile (617) 526-5000
                                                    Michael.Bongiorno@wilmerhale.com
13                                                  Timothy.Perla@wilmerhale.com

14
                                                    *Attorneys for TerraForm Global, Inc., and*
15                                                  *Peter Blackmore*

16
                                             By:    */s/ Sara B. Brody*
17                                                  Sara B. Brody, SBN 130222
                                                    SIDLEY AUSTIN LLP
18                                                  555 California Street, Suite 2000
                                                    San Francisco, California  94104
19                                                  Telephone:  (415) 772-1200
                                                    Facsimile:  (415) 772-7400
20                                                  sbrody@sidley.com

21
                                                    *Attorney for SunEdison, Inc., Ahmad Chatila,*
22                                                  *Brian Wuebbels, Martin Truong, Jeremy*
                                                    *Avenier, Emmanuel Hernandez, Antonio R.*
23                                                  *Alvarez, Clayton Daley, Jr., Georganne*
                                                    *Proctor, Steven Tesoriere, James B. Williams,*
24                                                  *and Randy H. Zwirn*

25
                                             By:    */s/ Daniel H. Bookin*
26                                                  Daniel H. Bookin, SBN 78996
                                                    O'MELVENY & MYERS LLP
27

28                                                  6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
dbookin@omm.com

*Attorney for Alejandro Hernandez*

By:   */s/ Patrick D. Robbins*
Patrick D. Robbins, SBN 152288
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
Telephone:  (415) 616-1210
Facsimile:   (415) 616-1199
probbins@shearman.com

Adam S. Hakki (*pro hac vice* app. to be
submitted)
Daniel C. Lewis (*pro hac vice* app. to be
submitted)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone:  (212) 848-4000
Facsimile:   (646) 848-4924
ahakki@shearman.com
daniel.lewis@shearman.com

*Attorneys for Underwriters*

By:  */s/ Ismail Ramsey*
Ismail Ramsey (SBN 189820)
Katharine Kates (SBN 155534)
RAMSEY & ELRICH LLP
803 Hearst Avenue
Berkeley, California  94710
Telephone:  (510) 548-3600
Facsimile:  (510) 291-3060
izzy@ramsey-ehrlich.com
katharine@ ramsey-ehrlich.com

Kevin J. O'Connor (Admitted *Pro Hac Vice*)
HINCKLEY ALLEN
28 State Street
Boston, MA 02109-1775
Tel:  (617) 378-4190
Fax:  (617) 378-4191
koconnor@hinkleyallen.com

7

*Attorneys for Carlos Domenech Zornoza*

By:   */s/ Francis A. Bottini, Jr.*

    Francis A. Bottini, Jr., SBN 175783
    Albert Y. Chang, SBN 296065
    Yury A. Kolesnikov, SBN 271173
    BOTTINI & BOTTINI, INC.
    7817 Ivanhoe Avenue, Suite 102
    La Jolla, CA 92037
    Telephone:  (858) 914-2001
    Facsimile:  (858) 914-2002
    fbottini@bottinilaw.com

*Attorneys for Plaintiff Anton S. Badri*

By:   */s/ Ex Kano Sams II*

    Ex Kano Sams II, SBN 192936
    Lionel Z. Glancy, SBN 134180
    Robert V. Prongay, SBN 270796
    Lesley F. Portnoy, SBN 304851
    GLANCY PRONGAY & MURRAY LLP
    1925 Century Park East, Suite 2100
    Los Angeles, CA 90067
    Telephone: (310) 201-9150
    Facsimile: (310) 210-9160
    esams@glancylaw.com

    J. Brandon Walker
    BRAGAR EAGEL & SQUIRE P.C.
    885 Third Avenue, Suite 3040
    New York, NY 10022
    Telephone: (212) 308-5858
    Facsimile: (212) 486-0462

*Attorneys for Plaintiff Simon Fraser*

By:   */s/ Laurence M. Rosen*

    Laurence M. Rosen, SBN 219683
    THE ROSEN LAW FIRM, P.A.
    355 South Grand Avenue, Suite 2450
    Los Angeles, CA 90071
    Telephone: (213) 785-2610
    Facsimile: (213) 226-4684
    lrosen@rosenlegal.com

*Attorneys for Plaintiff Mitesh Patel*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:     */s/ Jennifer N. Caringal*
        Jennifer N. Caringal, SBN 286197
        Darren J. Robbins, SBN 168593
        James I. Jaconette, SBN 179565
        Scott H. Saham, SBN 188355
        ROBBINS GELLER RUDMAN & DOWD LLP
        655 West Broadway, Suite 1900
        San Diego, CA 92101
        Telephone:  (619) 231-1058
        Facsimilie:  (619) 231-7423

        Dennis J. Herman, SBN 220163
        David W. Hall, SBN 274921
        ROBBINS GELLER RUDMAN & DOWD LLP
        Post Montgomery Center
        One Montgomery Street, Suite 1800
        San Francisco, CA 94104
        Telephone:  (415) 288-4545
        Facsimilie:  (415) 288-4534

        *Attorneys for Plaintiff Oklahoma Firefighters*
        *Pension and Retirement System*

By:     */s/ Jay N. Razzouk*
        Jay N. Razzouk, SBN 258511
        Brian J. Robbins (190264)
        George C. Aguilar (126535)
        ROBBINS ARROYO LLP
        600 B Street, Suite 1900
        San Diego, CA 92101
        Telephone: (619) 525-3990
        Facsimile: (619) 525-3991
        jrazzouk@robbinsarroyo.com
        brobbins@robbinsarroyo.com
        gaguilar@robbinsarroyo.com

        *Attorneys for Plaintiff Iron Workers Mid-South*
        *Pension Fund*

STIPULATION AND PROPOSED SCHEDULING ORDER;
RELATED CASE NOS. 5:16-CV-02267-BLF, 5:16-CV-02269-BLF, 5:16-CV-02270-BLF, 5:16-CV-02272-BLF, AND
5:16-CV-02273-BLF-PSG

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

Dated: _____

Honorable Beth Labson Freeman
UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10