Michael Bongiorno (Admitted *Pro Hac Vice*)
Timothy Perla (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Michael.Bongiorno@wilmerhale.com
Timothy.Perla@wilmerhale.com

Jie (Lisa) Li (State Bar No. 260474)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Lisa.Li@wilmerhale.com

*Attorneys for Defendants TerraForm Global, Inc. and Peter Blackmore*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>vs.<br><br>SUNEDISON, INC., et al.,<br><br>Defendants. | Related Case No. 5:16-cv-02267-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Beth Labson Freeman |

[Caption continued on following page.]

| | |
|---|---|
| ANTON S. BADRI, Individually and on Behalf of Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>                    Defendants. | Related Case No. 5:16-cv-02269-BLF |
| IRON WORKERS MID-SOUTH PENSION FUND, Individually and on Behalf of Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>TERRAFORM GLOBAL, INC., et al.,<br>Defendants. | Related Case No. 5:16-cv-02270-BLF |
| MITESH PATEL, Individually and on Behalf of Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>                    Defendants. | Related Case No. 5:16-cv-02272-BLF |
| SIMON FRASER, Individually and on Behalf of Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Brian Wuebbels, et al.,<br><br>                    Defendants. | Related Case No. 5:16-cv-02273-BLF-NMC |

STIPULATION AND [PROPOSED] ORDER TO CASE MANAGEMENT CONFERENCE
Case Nos. 5:16-cv-02267-BLF; 5:16-cv-02269-BLF; 5:16-cv-02270-BLF; 5:16-cv-02272-BLF; 5:16-cv-02273-BLF-NMC

Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, by and through their respective undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on April 26, 2016, defendants removed, *inter alia*, the following actions from the Superior Court of California, San Mateo County to federal court: *Fraser v. Wuebbels et al.* ("*Fraser*"); *Iron Workers Mid-South Pension Fund v. TerraForm Global, Inc. et al.* ("*Iron Workers*"); *Badri v. TerraForm Global, Inc. et al.* ("*Badri*"); *Patel v. TerraForm Global, Inc. et al.* ("*Patel*"); *Oklahoma Firefighters Pension and Retirement System v. SunEdison, Inc. et al.* ("*Oklahoma Firefighters*") (collectively, the "Removed Actions");

WHEREAS, on May 10, 2016, the Court related the Removed Actions to *Beltran v. Terraform Global, Inc.*, Case 5:15-cv-04981-BLF ("*Beltran*") [*Beltran* Dkt. 115];

WHEREAS, on May 26 and 27, 2016, Plaintiffs moved to remand the Removed Actions [*Fraser* Dkt. 23; *Badri* Dkt. 30; *Oklahoma Firefighters* Dkt. 39-40; *Iron Workers* Dkt. 25-26; *Patel* Dkt. 27];

WHEREAS, on June 1, 2016, Defendants moved to transfer the Removed Actions to the Southern District of New York [*Fraser* Dkt. 24-25; *Iron Workers* Dkt. 27-28; *Badri* Dkt. 31-32; *Patel* Dkt. 28-29; *Oklahoma Firefighters* Dkt. 41, 43];

WHEREAS, Plaintiffs' motions to remand and Defendants' motions to transfer are scheduled to be heard on October 6, 2016;

WHEREAS, on June 14, 2016, the Court entered an Order granting the parties' Joint Stipulated Request to File Excess Pages and Extend Briefing Schedule, which provided that oppositions to the remand and transfer motions would be filed on July 14, 2016, and reply briefs in support of the motions would be filed on August 4, 2016;

WHEREAS, the upcoming Initial Case Management Conference ("CMC") and associated ADR deadlines in the Removed Actions are as currently set as follows:

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 7/14/2016 | Last day to: | FRCivP 26(f) & ADR L.R. 3-5 |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - 1 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

| | | |
|---|---|---|
| | • meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | |
| | • file ADR Certification signed by Parties and Counsel | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) |
| 7/28/2016 | Last day to file Rule 26(f) Report, complete initial disclosure or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | FRCivP 26(a)(1) & Civil L.R. 16-9 |
| 8/4/2016 | INITIAL CASE MANAGEMENT CONFERENCE at 11:00 a.m. in:<br><br>Courtroom 3, 5th Floor<br>San Jose | Civil L.R. 16-10 |

WHEREAS, in the interests of efficiency and comity, the parties believe that it would be prudent to continue the CMC and related deadlines currently scheduled in Removed Actions until after the parties have finished briefing and the Court has resolved the jurisdiction and venue questions presented in the competing motions to remand and transfer;

NOW, THEREFORE, the parties hereby STIPULATE and AGREE as follows:

1. The CMC currently scheduled before the Court on August 4, 2016, at 11:00 a.m. in the Removed Actions, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules (including ADR deadlines), shall be continued until after the Court rules on the motions to remand and transfer; and

2. In the event the Removed Actions remain before the Court after it rules on the motions to remand and transfer, the Parties shall, if necessary, assist the Court by timely requesting that a new CMC be scheduled in the Removed Actions.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

- 2 -

| | |
|---|---|
| Dated: July 12, 2016 | Respectfully Submitted, |

By: */s/ Timothy Perla*
Timothy Perla (admitted *pro hac vice*)
Michael Bongiorno (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile (617) 526-5000
Timothy.Perla@wilmerhale.com
Michael.Bongiorno@wilmerhale.com

Jie (Lisa) Li, SBN 260474
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile (650) 858-6100
Lisa.Li@wilmerhale.com

*Attorneys for TerraForm Global, Inc., and Peter Blackmore*

By: */s/ Jaime A. Bartlett*
Jaime A. Bartlett, SBN 251825
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
jbartlett@sidley.com

*Attorneys for SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Truong, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, and Randy H. Zwirn*

By: */s/ Daniel H. Bookin*
Daniel H. Bookin, SBN 78996
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    San Francisco, CA 94111
    Telephone: (415) 984-8700
    Facsimile: (415) 984-8701
    dbookin@omm.com

    *Attorneys for Alejandro Hernandez*

By:  */s/ Patrick D. Robbins*
    Patrick D. Robbins, SBN 152288
    SHEARMAN & STERLING LLP
    535 Mission Street, 25th Floor
    San Francisco, CA  94105
    Telephone:  (415) 616-1210
    Facsimile:   (415) 616-1199
    probbins@shearman.com

    Adam S. Hakki (*pro hac vice* app. to be submitted)
    Daniel C. Lewis (*pro hac vice* app. to be submitted)
    SHEARMAN & STERLING LLP
    599 Lexington Avenue

    New York, NY 10022-6069
    Telephone:  (212) 848-4000
    Facsimile:   (646) 848-4924
    ahakki@shearman.com
    daniel.lewis@shearman.com

    *Attorneys for Underwriters*

By: */s/ Ismail Ramsey*
    Ismail Ramsey (SBN 189820)
    Katharine Kates (SBN 155534)
    RAMSEY & ELRICH LLP
    803 Hearst Avenue
    Berkeley, California  94710
    Telephone:  (510) 548-3600
    Facsimile:  (510) 291-3060
    izzy@ramsey-ehrlich.com
    katharine@ ramsey-ehrlich.com

    Kevin J. O'Connor (Admitted *Pro Hac Vice*)
    HINCKLEY ALLEN
    28 State Street
    Boston, MA 02109-1775
    Tel:  (617) 378-4190

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE  - 4 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

```
                              Fax:  (617) 378-4191
                              koconnor@hinkleyallen.com

                          Attorneys for Carlos Domenech Zornoza

                    By:   /s/ Francis A. Bottini, Jr.
                          Francis A. Bottini, Jr., SBN 175783
                          BOTTINI & BOTTINI, INC.
                          7817 Ivanhoe Avenue, Suite 102
                          La Jolla, CA 92037
                          Telephone:  (858) 914-2001
                          Facsimile:  (858) 914-2002
                          fbottini@bottinilaw.com

                          Attorneys for Plaintiff Anton S. Badri

                    By:   /s/ Ex Kano Sams II
                          Ex Kano Sams II, SBN 192936
                          Lionel Z. Glancy, SBN 134180
                          Robert V. Prongay, SBN 270796
                          Lesley F. Portnoy, SBN 304851
                          GLANCY PRONGAY & MURRAY LLP
                          1925 Century Park East, Suite 2100
                          Los Angeles, CA 90067
                          Telephone: (310) 201-9150
                          Facsimile: (310) 210-9160
                          esams@glancylaw.com

                          J. Brandon Walker
                          BRAGAR EAGEL & SQUIRE P.C.
                          885 Third Avenue, Suite 3040
                          New York, NY 10022
                          Telephone: (212) 308-5858
                          Facsimile: (212) 486-0462

                          Attorneys for Plaintiff Simon Fraser

                    By:   /s/ Laurence M. Rosen
                          Laurence M. Rosen, SBN 219683
                          THE ROSEN LAW FIRM, P.A.
                          355 South Grand Avenue, Suite 2450
                          Los Angeles, CA 90071
                          Telephone: (213) 785-2610
                          Facsimile: (213) 226-4684
                          lrosen@rosenlegal.com

                          Attorneys for Plaintiff Mitesh Patel
```

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

- 5 -

1
2   By:     */s/ Jennifer N. Caringal*
            Jennifer N. Caringal, SBN 286197
3           Darren J. Robbins, SBN 168593
            James I. Jaconette, SBN 179565
4           Scott H. Saham, SBN 188355
            ROBBINS GELLER RUDMAN & DOWD LLP
5           655 West Broadway, Suite 1900
            San Diego, CA 92101
6           Telephone:  (619) 231-1058
            Facsimilie:  (619) 231-7423
7
8           Dennis J. Herman, SBN 220163
            David W. Hall, SBN 274921
9           ROBBINS GELLER RUDMAN & DOWD LLP
            Post Montgomery Center
10          One Montgomery Street, Suite 1800
            San Francisco, CA 94104
11          Telephone:  (415) 288-4545
            Facsimilie:  (415) 288-4534
12
13          *Attorneys for Plaintiff Oklahoma Firefighters
            Pension and Retirement System*
14
15  By:     */s/ Jay N. Razzouk*
            Jay N. Razzouk, SBN 258511
16          ROBBINS ARROYO LLP
            600 B Street, Suite 1900
17          San Diego, CA 92101
            Telephone: (619) 525-3990
18          Facsimile: (619) 525-3991
            jrazzouk@robbinsarroyo.com
19
            *Attorneys for Plaintiff Iron Workers Mid-South
20          Pension Fund*
21
22
23
24
25
26
27
28
---
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE    - 6 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF,
and 5:16-cv-02273-BLF-PSG

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable Beth Labson Freeman
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Continue Case Management Conference.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

DATED: July 12, 2016

*/s/ Timothy Perla*
Timothy Perla (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Timothy.Perla@wilmerhale.com

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG